IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

GREGORY JAMES SHIVER,                )
                                     )
        Petitioner,                  )
v.                                   )    CASE NO. 1:11-cv-179-MEF
                                     )
UNITED STATES OF AMERICA,            )
                                     )
        Respondent.                  )

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1.  The petitioner's Objection to the Magistrate Judge Recommendation (Doc. #38) filed on July 9, 2013 is overruled;

2.  The Recommendation of the United States Magistrate Judge (Doc. #35) entered on June 25, 2013 is adopted;

(3)  The 28 U.S.C. § 2255 motion filed by Shiver is DENIED.

DONE this the 23rd day of August, 2013.


                    _____/s/ Mark E. Fuller_____
                    UNITED STATES DISTRICT JUDGE