IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

GREGORY JAMES SHIVER,            )
                                 )
            Petitioner,          )
                                 )
      v.                         )        Civil Action No. 1:11cv179-MEF
                                 )
UNITED STATES OF AMERICA,        )
                                 )
            Respondent.          )

## **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE

of the court that:

(1)  The petitioner's Objections and Amendment to Objection to the Magistrate

Judge's Recommendation (Doc. #38, #49, and #53) are overruled;

(2)  The Recommendation of the United States Magistrate Judge (Doc. #35) entered

on June 25, 2013 is adopted;

(3)  The 28 U.S.C. § 2255 motion filed by Shiver is DENIED.

DONE this the 27th day of January, 2014.


                    /s/ Mark E. Fuller
                 UNITED STATES DISTRICT JUDGE